OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana



Tyler P. Gilman
Clerk of Court

Beth Conley
Chief Deputy Clerk

June 21, 2013

Clerk of Court
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street, room 4015
Newark, NJ 07102

Re:   District of Montana Case MJ 13-24-GF-RKS
      District of New Jersey Case 13-383
      USA vs James Roy Smith

Dear Clerk of Court:

The above entitled case has been transferred back to your district. Mr. Smith appeared in our district on June 20, 2013, waived identity and was remanded to the custody of the U.S. Marshals Service for transfer back to the District of New Jersey.

You may access electronically filed documents in this case via ECF/PACER web address: http://ecf.mtd.uscourts.gov.

Sincerely,

/s/Traci Orthman

Traci Orthman
Deputy Clerk

406-727-1922

Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404
www.mtd.uscourts.gov

Fax 406-727-7648